THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZIPLINK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO.:  3:13-cv-01392 (CSH) |

**PLAINTIFF ZIPLINK, INC.'S SECOND MOTION
FOR EXTENSION OF TIME TO SERVE COMPLAINT**

  Plaintiff Ziplink, Inc. ("Ziplink) respectfully moves this Court for an extension of time to serve the Complaint on Defendant Google, Inc. ("Google") for an additional thirty (30) days, until April 23, 2014.  In support of this motion, Ziplink states as follows:

  1. Ziplink filed its Complaint commencing this action on September 24, 2013.

  2. Ziplink filed its first Motion for Extension of Time to Serve the Complaint under Fed. R. Civ. P. 4(m) on January 21, 2014.  The Motion was granted by the Court on January 22, 2014, moving the deadline for service of the Complaint to March 24, 2014.

  3. Good cause exists to extend the deadline for service because the parties are currently engaged in ongoing settlement discussions in an effort to resolve this matter without further litigation.  Since the first request for extension to make service was granted, the parties have continued to negotiate in an effort to resolve this matter and have made progress.  It is believed that another brief extension of 30 days to serve the Complaint will provide ample time to conclude the settlement discussions.

  4. This is Ziplink's second request for an extension of time to serve the Complaint.

WHEREFORE, Plaintiff Ziplink respectfully requests that this motion to extend time for service of the Complaint by an additional thirty (30) days, until April 23, 2014, be GRANTED.

Dated this 20th day of March, 2014.

                                            Respectfully Submitted,

                                            ZIPLINK INC., Plaintiff

By:   /s/ Andrew C. Ryan
       Andrew C. Ryan, Esq. (ct21565)
       ryan@cantorcolburn.com
       Steven M. Coyle, Esq. (ct21039)
       scoyle@cantorcolburn.com
       Chad A. Dever, Esq. (ct27032)
       cdever@cantorcolburn.com
       CANTOR COLBURN LLP
       20 Church Street, 22nd Floor
       Hartford, CT 06103
       Telephone: (860) 286-2929
       Facsimile: (860) 296-0115

       Plaintiff's Attorneys