IN THE UNITED STATES DISTRICT COURT
FOR CONNECTICUT

| | |
|---|---|
| Ziplink, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Google, Inc., <br><br> Defendant. | Case 3:13-cv-01392-CSH <br><br><br> PATENT CASE <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ziplink, Inc. hereby dismisses this action against Defendant Google, Inc.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE.**

DATED: April 23, 2014

By: /s/ Andrew C. Ryan
Andrew C. Ryan, Esq. (CT 21565)
ryan@cantorcolburn.com
Steven M. Coyle, Esq. (CT 21039)
scoyle@cantorcolburn.com
Chad A. Dever, Esq. (CT 27032)
cdever@cantorcolburn.com
**CANTOR COLBURN LLP**
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: (860) 286-2929
Fax: (860) 286-0115

ATTORNEY FOR PLAINTIFF
ZIPLINK, INC.